**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Woodtex, LLC |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA  Wood-Tex Vilicus, LLC |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-2480284 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1113 Murfreesboro Road<br>Suite 106-338<br>Franklin, TN 37064<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Williamson<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | https://woodtex.com |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201    Case 3:20-bk-01335   Doc 1   Filed 03/02/20   Entered 03/02/20 13:52:34   Desc Main     page 1
Voluntary Petition for Non-Individuals Filing for Bankruptcy
Document     Page 1 of 29

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | See Attachment | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case 3:20-bk-01335   Doc 1   Filed 03/02/20   Entered 03/02/20 13:52:34   Desc Main
Document      Page 2 of 29

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

## ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 2, 2020___
              MM / DD / YYYY

**X** /s/ Kent Lapp                               Kent Lapp
    Signature of authorized representative of debtor          Printed name

Title   Chief Manager

**18. Signature of attorney**

**X** /s/ G. Rhea Bucy                         Date March 2, 2020
    Signature of attorney for debtor                         MM / DD / YYYY

G. Rhea Bucy 2616
Printed name

GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
Firm name

150 Third Avenue South, Suite 1700
Nashville, TN 37201
Number, Street, City, State & ZIP Code

Contact phone    Phone: (615) 244-4994         Email address

2616 TN
Bar number and State

| Debtor | Woodtex, LLC | | Case number (if known) | |
|--------|--------------|---|----------------------|---|
| | Name | | | |

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | Riverwood Cabins, LLC | | Relationship to you | | Same ownership as Debtor |
|--------|----------------------|---|---------------------|---|--------------------------|
| District | Middle District of Tennessee | When | 2/10/20 | Case number, if known | 3:20bk-00855 |
| Debtor | Woodtex of New York, LLC f/k/a Wood-Tex Products, LLC | | Relationship to you | | Same ownerships as Debtor |
| District | N/A | When | | Case number, if known | N/A |
| Debtor | Woodtex of Tennessee, LLC | | Relationship to you | | Same ownerships as Debtor |
| District | N/A | When | | Case number, if known | N/A |
| Debtor | Woodtex of Texas, LLC f/k/a WDTex TX, LLC | | Relationship to you | | Same ownership as Debtor |
| District | N/A | When | | Case number, if known | N/A |

| | |
|---|---|
| Debtor name | Woodtex, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March  2, 2020___    X /s/ Kent Lapp
                                       Signature of individual signing on behalf of debtor

                                       Kent Lapp
                                       Printed name

                                       Chief Manager
                                       Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     Woodtex, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*................................................................................................    $      0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................................................    $      199,380.00

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*...............................................................................................    $      199,380.00

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      612,673.38

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $      140,657.55

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      6,400,959.58

4.   **Total liabilities** ..................................................................................................................
     Lines 2 + 3a + 3b          $      7,154,290.51

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name    Woodtex of Texas, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.      Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| Estimated Amount | | | |
| 3.1. Pinnacle Financial Partners<br>150 Third Avenue South<br>Nashville, TN 37201 | Checking | 9800 | $1,149.00 |

4.      Other cash equivalents *(Identify all)*

5.      **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $1,149.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | Security deposit in the amount of $10,194.00, for lease of property at 4310  Lucius McCelvey Drive, Temple, TX, held by landlord(Temple Pro Ventures Commerical, L.P., P.O. Box 310, Temple, TX 76503), or landlord's agent | $10,194.00 |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
Document    Page 8 of 29

Debtor    Woodtex of Texas, LLC          Case number *(If known)* _____
        Name

| | |
|---|---|
| 9. **Total of Part 2.** | $10,194.00 |
| Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | **Finished goods, including goods held for resale** Completed sheds that have been shipped to officially licensed retailers for sell.  Retailers include Knight Outdoor Products, Jarrell Flea Market, Homefield New Braunfels, Homefield Corpus Christi and Country Accents. See attached list | | $0.00 | | $299,755.20 |
| 22. | Other inventory or supplies | | | | |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $299,755.20 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
Document     Page 9 of 29

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Tool Inventory and equipment<br>See attached list | $0.00 | | $10,000.00 |

**51.    Total of Part 8.**                                                                                        $10,000.00
        Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        □ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        □ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

□ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Parcel Number (APN), and type
of property (for example,
acreage, factory, warehouse,
apartment or office building, if
available.

| 55.1. | Lease of improved real property at 4310 Lucius McCelvey Drive, Temple (Bell County), TX 76504 | | | |
|---|---|---|---|---|
| | Term ends February 28, 2022 | | Unknown | Unknown |

56.     **Total of Part 9.**                                                                         $0.00

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,149.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,194.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $299,755.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $321,098.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $321,098.20 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name    Woodtex, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.1   Franklin Synergy Bank**
Creditor's Name

722 Columbia Avenue
Franklin, TN 37064-2828
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
SecurityCollateral: all personal property and assets including inventory, machinery and equipment, accounts receivable, etc. Value of collateral/security is undetermined.

Describe the lien
Equipment Loan

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $54,645.11

Column B: Unknown

---

**2.2   Franklin Synergy Bank**
Creditor's Name

722 Columbia Avenue
Franklin, TN 37064-2828
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
SecurityCollateral: all personal property and assets including inventory, machinery and equipment, accounts receivable, etc. Value of collateral/security is undetermined.

Describe the lien
Line of Credit

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: $558,028.27

Column B: Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:20-bk-01335   Doc 1   Filed 03/02/20   Entered 03/02/20 13:52:34   Desc Main
Document    Page 13 of 29

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Merchants Automotive Group, Inc. |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Leases of equipment including (Big Tex Trailer, Electric Scissor Lift, etc.). Value of leased equipment and amount owed to Merchants are undetermined

Unknown         Unknown

1278 Hooksett Road
Hooksett, NH 03106
Creditor's mailing address

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $612,673.38

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name   Woodtex, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

New York State Dept of Tax and Fin
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,202.53**    Priority amount **$1,202.53**

Date or dates debt was incurred

Basis for the claim:
Retail License #472480284
Assessment ID L-050691235-5
Withholding tax for period ending 6/30/2019

Last 4 digits of account number **0284**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

New York State Dept of Tax and Fin
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,115.14**    Priority amount **$2,115.14**

Date or dates debt was incurred

Basis for the claim:
Retail License # 472480284
Assessment ID L-050656073-3
Sales and Use Tax for period ending 8/31/2019

Last 4 digits of account number **0284**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      24101      Best Case Bankruptcy

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
Document    Page 15 of 29

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.44 | $515.44 |

**2.3**

Priority creditor's name and mailing address
New York State Dept of Tax and Fin
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.44     $515.44

Date or dates debt was incurred

Basis for the claim:
Retail License # 472480284
Assessment ID L-050588846-8
Income-Partnership for the period ending
12/31/2018

Last 4 digits of account number 0284
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
New York State Dept of Tax and Fin
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60,243.33     $60,243.33

Date or dates debt was incurred

Basis for the claim:
Retail License #472480284
Assessment ID L050150773-5
Sales and Use for the period ending 5/31/2019

Last 4 digits of account number 0284
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address
New York State Dept of Tax and Fin
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76,581.11     $76,581.11

Date or dates debt was incurred

Basis for the claim:
Retail License # 472480284
Assessment ID L-049349944-5
Sales and Use for the period ending 11/30/2018

Last 4 digits of account number 0284
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address
ABC Supply Company, Inc.
PO Box 742067
Atlanta, GA 30374-2067

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,267.07

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Case 3:20-bk-01335   Doc 1   Filed 03/02/20   Entered 03/02/20 13:52:34   Desc Main
                     Document      Page 16 of 29

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,446.86 |
|---|---|---|---|

**3.2** Nonpriority creditor's name and mailing address
Alexander Thompson Arnold
227 Oil Well Road
Jackson, TN 38305

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting Services

Is the claim subject to offset? ☐ No ☐ Yes

$12,446.86

---

**3.3** Nonpriority creditor's name and mailing address
American Coradius Int.
2420 Sweet Home Road
Suite 150
Amherst, NY 14228-2244

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sychrony Bank Lowe's Collections

Is the claim subject to offset? ☐ No ☐ Yes

$706.85

---

**3.4** Nonpriority creditor's name and mailing address
Apple Outdoor Supply
PO Box 310
Dover, PA 17315

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☐ No ☐ Yes

$9,834.41

---

**3.5** Nonpriority creditor's name and mailing address
Bestway of New York
PO Box 8000, Department 864
Buffalo, NY 14267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☐ No ☐ Yes

$37,462.96

---

**3.6** Nonpriority creditor's name and mailing address
Bill Hampton
538 Rochester Close
Franklin, TN 37064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan net of payment received within 1 year of petition date.

Is the claim subject to offset? ☐ No ■ Yes

$19,156.58

---

**3.7** Nonpriority creditor's name and mailing address
Bill Hampton
538 Rochester Close
Franklin, TN 37064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$196,937.94

---

**3.8** Nonpriority creditor's name and mailing address
Boise Cascade Company
PO Box 0256
Denver, CO 80256

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$55,382.62

---

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
                        Document        Page 17 of 29

| Debtor | Woodtex, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $812.50 |
| | Burkeshop LLC<br>PO Box 1152<br>Nolensville, TN 37135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,268.99 |
| | Carey's Lumber/Building Supply<br>PO Box 433<br>Penn Yan, NY 14527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,585.37 |
| | Coastfulforce Consulting, LLC<br>2107 County Line Road<br>East Greenville, PA 18041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,800.00 |
| | Conklin Media<br>823 Lancaster Pike<br>Quarryville, PA 17566 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.52 |
| | Credence Resource Management<br>17000 Dallas Parkway<br>Suite 204<br>Dallas, TX 75248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: AT&T Collections | |
| | Last 4 digits of account number 3667 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,939.00 |
| | Cumberland Products<br>2140 Edward Curd Lane<br>Franklin, TN 37067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238,490.17 |
| | Dairyman' Supply Company<br>3114 Street Route SO<br>PO Box 528<br>Mayfield, KY 42066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.16**   Nonpriority creditor's name and mailing address | $26,753.51 |

**3.16** Nonpriority creditor's name and mailing address
Dodson Parker BEHM & Capparella PC
1310 Sixth Avenue North
PO Box 198806
Nashville, TN 37219-8806

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Legal Services

Is the claim subject to offset? ■ No ☐ Yes

     **$26,753.51**

---

**3.17** Nonpriority creditor's name and mailing address
EB Martin Roofing
2845 New York 364
Penn Yan, NY 14527

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset? ☐ No ☐ Yes

     **$150,791.81**

---

**3.18** Nonpriority creditor's name and mailing address
Fastening Solutions, Inc.
PO Box 161842
Atlanta, GA 30321

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset? ☐ No ☐ Yes

     **$13,326.42**

---

**3.19** Nonpriority creditor's name and mailing address
Great Southern Wood Preserving Inc.
PO Box 1407 Dept 02085
Birmingham, AL 35246-2085

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset? ☐ No ☐ Yes

     **$13,068.08**

---

**3.20** Nonpriority creditor's name and mailing address
Green Tree Metals
PO Box 1036
Watkinsville, GA 30677

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset? ☐ No ☐ Yes

     **$11,711.94**

---

**3.21** Nonpriority creditor's name and mailing address
H.C. Barns, LLC
1113 Murfreesboro Road
Suite 106-338
Franklin, TN 37064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Unsecured Loans

Is the claim subject to offset? ■ No ☐ Yes

     **$2,070,449.00**

---

**3.22** Nonpriority creditor's name and mailing address
Haley Paint Company
194 Greenfield Road
Lancaster, PA 17601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset? ■ No ☐ Yes

     **$112,061.00**

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
Document      Page 19 of 29

---

**3.23** | Nonpriority creditor's name and mailing address
HEP Sales - North Main Lumber
0446 Waterloo-Geneva Road
Waterloo, NY 13165

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$3,607.83

---

**3.24** | Nonpriority creditor's name and mailing address
Hometowne Capital
PO Box 100201
Nashville, TN 37224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,048.00

---

**3.25** | Nonpriority creditor's name and mailing address
HometowneCapital, LLC
PO Box 100201
Nashville, TN 37224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Pre-paid rent-to-own (RTO) contracts purchased, cancelled orders, repos sold and repos sold thru WT portal etc.

Is the claim subject to offset? ■ No ☐ Yes

$1,711,153.53

---

**3.26** | Nonpriority creditor's name and mailing address
Innovations Manufacturing, Inc.
4555 Grape Street
Denver, CO 80216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$44,664.00

---

**3.27** | Nonpriority creditor's name and mailing address
Kent Lapp
5201 Smartt Drive
Nashville, TN 37220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expenses Reimbursement

Is the claim subject to offset? ■ No ☐ Yes

$17,793.04

---

**3.28** | Nonpriority creditor's name and mailing address
Legacy Metals
3735 Prosperity Lane
Hopkinsville, KY 42240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$922.98

---

**3.29** | Nonpriority creditor's name and mailing address
Leola Fasteners
105 Dr
PO Box 456
Leola, PA 17540-1823

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$4,037.72

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,576.50 |
|---|---|---|---|

**3.30**
Nonpriority creditor's name and mailing address
Linc Systems
16540 Southpark Drive
Westfield, IN 46074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$4,576.50

---

**3.31**
Nonpriority creditor's name and mailing address
Lumbermen Associates, Inc.
PO Box 720
Bristol, PA 19007

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$128,173.24

---

**3.32**
Nonpriority creditor's name and mailing address
McMurray Fox & Associates
641 East Main Street
Hendersonville, TN 37075

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting Services

Is the claim subject to offset? ■ No  ☐ Yes

$9,245.00

---

**3.33**
Nonpriority creditor's name and mailing address
Merchants Automtovie Group Inc.
PO Box 414438
Boston, MA 02241-4438

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Leases

Is the claim subject to offset? ■ No  ☐ Yes

$98,345.84

---

**3.34**
Nonpriority creditor's name and mailing address
Pennsylvania Lumbermans Mutual Ins
PO Box 826558
Philadelphia, PA 19182-6558

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$104,807.58

---

**3.35**
Nonpriority creditor's name and mailing address
Prime Source
PO Box 41291
Boston, MA 02241-2191

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$29,591.24

---

**3.36**
Nonpriority creditor's name and mailing address
R&B Metal Jackson
979 Georgia 42
Jackson, GA 30233

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$11,035.18

---

Case 3:20-bk-01335   Doc 1   Filed 03/02/20   Entered 03/02/20 13:52:34   Desc Main
                     Document      Page 21 of 29

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Riverwood Cabins, LLC
1113 Murfreesboro Road
Suite 106-338
Franklin, TN 37064

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unsecured loans or advances, net of all repayments or advances by the Debtor to Riverwood

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,660.71 |
|---|---|---|---|

Significa Benefit Services
PO Box 7777
Lancaster, PA 17604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,048.33 |
|---|---|---|---|

Stewart P. Wilson Inc.
PO Box 49
Watkins Glen, NY 14891

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sychrony
4125 Windward Plaza
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Finance of customers' purchase of sheds

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,228.61 |
|---|---|---|---|

The Hartford
PO Box 660916
Dallas, TX 75266-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,772.09 |
|---|---|---|---|

UFP Saginaw, LLC #227
5631 S. NC Hwy
Burlington, NC 27215-9025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,053.94 |
|---|---|---|---|

UFP Salibury, LLC #214
5631 S. NC Highway
Burlington, NC 27215-9025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:20-bk-01335   Doc 1   Filed 03/02/20   Entered 03/02/20 13:52:34   Desc Main
                    Document      Page 22 of 29

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,323.62 |

**3.44** Nonpriority creditor's name and mailing address
Verizon
PO Box 489
Newark, NJ 07101-0489

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $1,323.62
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address
Warden Capital TN
1432 Tyne Blvd
Nashville, TN 37215

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Damage claim for terminated lease of premises at 704 Briskin Lane, Lebanon, TN 37087

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address
Yoder, Barb
4323 Scenic Highway NE
Blackduck, MN 56630

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $922,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 140,657.55 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,400,959.58 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,541,617.13 |

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
                    Document        Page 23 of 29

Fill in this information to identify the case:

Debtor name    Woodtex, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of equipment including Big Tex Trailer and Electric Scissor Lift, etc. | |
| | State the term remaining | | Merchants Automotive Group, Inc. |
| | List the contract number of any government contract | _____ | 1278 Hooksett Road<br>Hooksett, NH 03106 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of improved real property at 3700 Route 14, Himrod NY 14842 | |
| | State the term remaining | Month-to-Month Tenancy | Seneca Lake Enterprises, LLC |
| | List the contract number of any government contract | _____ | 5201 Smartt Drive<br>Nashville, TN 37220 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of improved real property at 6906 Lebanon Road, Mt. Juliet, TN 37122 | |
| | State the term remaining | Term ended May 31, 2019; Debtor is holding over month-to-month | Tabella Properties, LLC |
| | List the contract number of any government contract | _____ | 5201 Smartt Drive<br>Nashville, TN 37220 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
Document      Page 24 of 29

Fill in this information to identify the case:

Debtor name      Woodtex, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
    amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                        Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Bengamin Lapp | 103 Harpeth Hills Drive<br>Franklin, TN 37069 | Franklin Synergy Bank | ■ D    2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Kent Lapp | 5201 Smartt Drive<br>Nashville, TN 37220 | Franklin Synergy Bank | ■ D    2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Lapp Management Corp. | 1113 Murfreesboro Road<br>Suite 106-338<br>Franklin, TN 37064 | Franklin Synergy Bank | ■ D    2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Riverwood Cabins, LLC | 1113 Murfreesboro Road<br>Suite 106-338<br>Franklin, TN 37064 | Franklin Synergy Bank | ■ D    2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Seneca Lake Enterprises, LLC | 5201 Smartt Drive<br>Nashville, TN 37220 | Franklin Synergy Bank | ■ D    2.1<br>☐ E/F ____<br>☐ G ____ |

Case 3:20-bk-01335    Doc 1    Filed 03/02/20    Entered 03/02/20 13:52:34    Desc Main
                    Document        Page 25 of 29

Debtor    Woodtex, LLC                            Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                     *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | Woodtex of New York, LLC | 1113 Murfreesboro Road Suite 106-338 Franklin, TN 37064 | Franklin Synergy Bank | ■ D | 2.1 |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| 2.7 | Woodtex of Tennessee, LLC | 1113 Murfreesboro Road Suite 106-338 Franklin, TN 37064 | Franklin Synergy Bank | ■ D | 2.1 |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |
| 2.8 | Woodtex of Texas, LLC | 1113 Murfreesboro Road Suite 106-338 Franklin, TN 37064 | Franklin Synergy Bank | ■ D | 2.1 |
| | | | | ☐ E/F | _____ |
| | | | | ☐ G | _____ |

# United States Bankruptcy Court
## Middle District of Tennessee

In re   Woodtex, LLC _____   Case No. _____

                                             Debtor(s)   Chapter   7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 2,500.00 |
   | Prior to the filing of this statement I have received | $ | 2,500.00 |
   | Balance Due | $ | 0.00 |

2. $  335.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   (1) Defending Objections to Exemptions
   (2) Defending Objections to Discharge
   (3) Defending Complaints to Determine Dischargeability of a Debt

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| March  2, 2020 | /s/ G. Rhea Bucy |
| *Date* | G. Rhea Bucy 2616 |
| | *Signature of Attorney* |
| | GULLETT, SANFORD, ROBINSON & MARTIN, PLLC |
| | 150 Third Avenue South, Suite 1700 |
| | Nashville, TN 37201 |
| | Phone: (615) 244-4994  Fax: (615) 256-6339 |
| | *Name of law firm* |

---

## United States Bankruptcy Court
### Middle District of Tennessee

In re    Woodtex, LLC

Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March  2, 2020

/s/ Kent Lapp
Kent Lapp/Chief Manager
Signer/Title

Date:    March  2, 2020

/s/ G. Rhea Bucy
Signature of Attorney
G. Rhea Bucy 2616
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Phone: (615) 244-4994   Fax: (615) 256-6339

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Woodtex, LLC                                         Case No. _____

                                       Debtor(s)           Chapter     7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Woodtex, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 2, 2020
_____
Date

/s/ G. Rhea Bucy
_____
G. Rhea Bucy 2616
Signature of Attorney or Litigant
Counsel for   Woodtex, LLC
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Phone: (615) 244-4994 Fax:(615) 256-6339