# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 20-01335-MH3-7 | Trustee Name: | Michael Gigandet |
| --- | --- | --- | --- |
| Case Name: | WOODTEX, LLC | Date Filed (f) or Converted (c): | 03/02/2020 (f) |
| For the Period Ending: | 03/31/2020 | §341(a) Meeting Date: | 04/27/2020 |
| | | Claims Bar Date: | 06/24/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Pinnacle Financial Partners Checking 9800 | $1,149.00 | $1,149.00 | | $0.00 | $1,149.00 |
| 2 | Security Deposit | $10,194.00 | $10,194.00 | | $0.00 | $10,194.00 |
| 3 | Work in Progress | $299,755.20 | $299,755.20 | | $0.00 | $299,755.20 |
| 4 | Tool Inventory and Equipment | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 |
| 5 | lease of improved real property at 4310 Lucius McCelvey Drive, Temple TX 76504 | Unknown | $0.00 | | $0.00 | FA |
| 6 | account receivable | $0.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | The extent of accounts receivable are being determined. This value is assigned for administrative purposes. | | | | | |
| 7 | Deposit in wrong case (u) | $0.00 | $0.00 | | $0.00 | $26,631.40 |

**TOTALS (Excluding unknown value)**     $321,098.20     $321,099.20     $0.00     **Gross Value of Remaining Assets** $347,730.60

**Major Activities affecting case closing:**

04/15/2020     The trustee is working with the secured creditor and an auctioneer to arrange an auction sale of assets. The MOC is set for late April.

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2021 | /s/ MICHAEL GIGANDET |
| --- | --- | --- | --- | --- |
| | | | | MICHAEL GIGANDET |